```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 21744
   YVONNE AMICK SHRADER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7396

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/19/2007 and was confirmed 01/10/2008.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors 100.00%.

      The case was dismissed after confirmation 10/02/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
   CITIFINANCIAL AUTO CREDI  SECURED VEHIC    17515.00          594.04          475.93
   SALLIE MAE                SECURED           2000.00             .00          900.00
   CAPITAL ONE               UNSECURED         1142.23             .00             .00
   FINGERHUT DIRECT MARKETI  UNSECURED          195.22             .00             .00
   NATIONAL FITNESS          UNSECURED        NOT FILED            .00             .00
   HSBC BANK NEVADA NA       UNSECURED          620.00             .00             .00
   HOUSEHOLD FINANCE CORPOR  UNSECURED          632.66             .00             .00
   GREAT AMERICAN FINANCE    SECURED NOT I     1042.08             .00             .00
   JESSE OUTLAW              DEBTOR ATTY       2,224.00                            .00
   TOM VAUGHN                TRUSTEE                                            162.03
   DEBTOR REFUND             REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                 2,132.00

   PRIORITY                                           .00
   SECURED                                       1,375.93
      INTEREST                                      594.04
   UNSECURED                                          .00
   ADMINISTRATIVE                                     .00
   TRUSTEE COMPENSATION                            162.03
   DEBTOR REFUND                                      .00
                          ---------------    ---------------
   TOTALS                  2,132.00             2,132.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 21744 YVONNE AMICK SHRADER

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE